FILED

MAR -7 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO 4:11cr 16 |
| | ) | |
| v. | ) | 18 U.S.C § 1001(a)(2) |
| | ) | False Statement |
| | ) | (Count 1) |
| ROBERT RAYMOND RUKS, Jr. | ) | |
| | ) | 18 U.S.C. § 1001(a)(3) |
| Defendant. | ) | False Writing |
| | ) | (Count 2) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about May 22, 2009, in the Eastern District of Virginia, in a manner within the jurisdiction of the Department of the Navy, an agency within the executive branch of the government of the United States, defendant ROBERT RAYMOND RUKS, Jr. did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation, to wit: the defendant told agents of the Naval Criminal Investigative Service that "I only falsified certifications on welds in Hull Number 667 unit 1A," or words to that effect, knowing that statement to be false.

(In violation of Title 18, United States Code, Section 1001(a)(2).)

### COUNT TWO

On or about July 18, 2007, in the Eastern District of Virginia, in a matter within the jurisdiction of the Department of Navy, an agency within the executive branch of the government of the United States, defendant ROBERT RAYMOND RUKS, Jr. did knowingly

and willfully make and use a materially false writing and document, knowing that the false writing and document contained a materially false, fictitious, and fraudulent statement and entry, to wit: the defendant falsely wrote his signature and his employee identification number "57897" on a pipe joint weld record for joint number HDC-40044, on Ship 780, knowing the same to be false, that is, the defendant, knowingly and wilfully knew that by writing his signature and employee identification number "57897" on the pipe joint weld record, he was indicating that the Non Destructive Testing (NDT) inspection of the pipe joint weld for joint number HDC-40044, on Ship 780, was final and complete, when in fact, the defendant knew at the time of the writings that he had not inspected the pipe joint weld as indicated.

(In violation of Title 18, United States Code, Section 1001(a)(3)).

Respectfully Submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
Karen M. Somers
Special Assistant United States Attorney